UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| V. | : Case No. 3:12CR00034 (RNC) |
| ROBERT GENTILE | : MARCH 22, 2012 |

### MOTION CONTESTING DENIAL OF MOTION
### FOR REVOCATION OR AMENDMENT OF DETENTION ORDER

Defendant Robert Gentile ("Mr. Gentile"), through the undersigned counsel, pursuant to 18 U.S.C. § 3145(b) hereby renews his Motion for Revocation or Amendment of Detention Order dated February 15, 2012 (Docket Entry No. 11), and contests the Order of Magistrate Judge Thomas Smith of March 5, 2012 said Defendant's Motion (Docket Entry No. 20). Mr. Gentile's motion should be granted because there are conditions of release that this Court can fashion to assure his appearance at future court proceedings, and to assure that he is not a danger to the community.

To this end, Mr. Gentile incorporates by reference his prior motion, and the arguments therein can be summarized as follows: 1) Mr. Gentile is 75 years old; 2) he has deep roots in the City of Hartford, where he has lived his entire life, where he

resides with his wife in the same house he has owned and lived in for 50 years, with his close kin, two children and his siblings, living close by; 3) there is no basis to label him a danger to the community, as he has no history of violent criminal tendencies, has never been incarcerated prior to this matter, and his last conviction, for larceny, sentence entirely suspended, was over 15 years ago; 4) his health is in serious decline, and his conditions include a recent leg injury, a back condition, and a heart condition;[1] 5) his wife has health problems necessitating his presence at home; 6) while the Government asserts Mr. Gentile poses a danger to the community owing to a purported connection to organized crime figures, the narcotics violations he stands now accused of all arise from prescription drugs purchased for his own use, with no attendant allegation that said drugs came from some other illicit source; and 7) while the Government cites to Mr. Gentile's alleged possession of firearms and firecrackers as evidence of his potential for danger to the community, there is no claim made by the Government that the offenses for which he stands charged involved any violent activity at all, including the involvement of weapons owned by any persons. Furthermore, Mr. Gentile's possession of said weapons predated his one felony conviction by decades.

---

[1] The undersigned counsel is in the process of obtaining Mr. Gentile's medical records from his treating physicians, pursuant to a HIPAA release. As soon as they are released, these records shall be forwarded to this Court.

Finally, it bears repeating that the offense conduct charged concerns the sale of Schedule II controlled substances, for approximately $500.00, accompanied by an assertion that he could gain more of the drugs. Therefore, considering that Mr. Gentile would fall into a criminal history category of 1 for sentencing purposes, along with the quantity of drugs for which he is charged, his sentence would result in a low guidelines range, and pre-trial confinement could reasonably be forecast to be for a longer duration than his actual guideline sentence. And it bears repeating that Mr. Gentile has no history of violence, or any history of Mr. Gentile inducing anyone else to acts of violence, that he has no history as a fugitive, that he is old and sick, and that the City of Hartford remains the only habitation he knows.

Mr. Gentile therefore renews his proposed conditions of release:

1. His son, his daughter and his wife co-sign a bond in the amount of $200,000.

2. Mr. Gentile reside in the family home and be subject to a curfew where he is required to be at home between 9 p.m. and 6 a.m.

3. Mr. Gentile receive prescriptions from only one treating physician for controlled substances and fill that prescription at only one pharmacy.

4. Mr. Gentile will not apply for a passport.

5.	Mr. Gentile will not associate with any other person charged in this case or anyone whom the government deems is associated with organized crime.

6.	Mr. Gentile abide by any and all travel restrictions and curfews as imposed by the Court or the U.S. Probation Office.

7.	The family home at 69 Francis Road in Manchester, Connecticut, be pledged as collateral to assure Mr. Gentile's compliance with all the conditions of his release and to assure his presence in court when required.

8.	Mr. Gentile abide by all standard conditions of release and any and all special conditions of release the Court may impose or the U.S. Probation Office may request.

WHEREFORE, the Defendant Richard Gentile, respectfully requests that this Court overturn the initial denial of his Motion for Revocation or Amendment of Detention Order dated February 15, 2012, and revoke or amend the initial February 14, 2012 detention order and set conditions for his release while this case is still pending.

DEFENDANT, ROBERT GENTILE

By _____
Austin J. McGuigan
A. Ryan McGuigan
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103
Tel:   860/549-1000
Fax:  860/7243921
Email:  amcguigan@rms-law.com
rmcguigan@rms-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on , a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

_____
A. Ryan McGuigan

16289-2/IU3690